No. 59. ETERPEN FINANCIERA SOCIEDAD DE RESPONSABILIDAD LIMITADA (FORMERLY ETERPEN, S. A.) *v.* UNITED STATES. Court of Claims. Certiorari denied. *William A. Patty* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Holland, Ellis N. Slack* and *Melva M. Graney* for the United States. ▮

No. 60. TINSLEY *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. *Chat Chancellor* for petitioner. *J. D. Buckman, Jr.,* Attorney General of Kentucky, and *Zeb A. Stewart,* Assistant Attorney General, for respondent. ▮

No. 62. OWENS ET AL. *v.* WILLIAM H. BANKS WAREHOUSES, INC. C. A. 5th Cir. Certiorari denied. *W. Dewey Lawrence* for petitioners. *Thomas B. Ramey* and *L. Duncan Lloyd* for respondent. ▮

No. 63. LAUGHLIN *v.* LOFTIN ET AL., TRUSTEES. Supreme Court of Florida. Certiorari denied. *William C. Gaither* for petitioner. *Russell L. Frink* and *Robert H. Anderson* for respondents. ▮

No. 64. FEHSENFELD ET AL. *v.* WHIPPLE ET AL. Supreme Court of Kansas. Certiorari denied. *Preston Pope Reynolds* for petitioners. ▮

No. 68. BIGGS *v.* CITY OF CHICAGO ET AL. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se.* *John J. Mortimer, L. Louis Karton* and *Arthur Magid* for respondents. ▮